# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DESIGNATION OF CHAIR | : | No. 281 |
| | : | |
| AND VICE-CHAIR OF DISCIPLINARY | : | DISCIPLINARY BOARD APPOINTMENT |
| | : | DOCKET |
| BOARD | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 21st day of January, 2015, Howell K. Rosenberg, Esquire, is hereby designated as Chair and Jane Gowen Penny, Esquire, as Vice-Chair of the Disciplinary Board, commencing January 29, 2015.